MAY E. ROOK, Respondent, *v.* LOUIS E. ROOK, Appellant.

*Rook v. Rook*, 134 App. Div. 991, appeal dismissed.
(Submitted February 14, 1910; decided February 22, 1910.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the third judicial depart-

ment, entered November 10, 1909, which affirmed an order of Special Term adjudging the defendant guilty of contempt of court.

The motion was made upon the ground that the Court of Appeals had no jurisdiction to entertain the appeal.

*Wilmot E. Knapp* for motion.

*Lewis E. Mosher* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.